## STATE OF CONNECTICUT *v.* ROSA RODRIGUEZ
### (13678)

Heiman, Schaller and Hennessy, Js.

Argued November 7—decision released December 5, 1995

*Paul R. Kraus*, special public defender, for the appellant (defendant).

*Lisa Herskowitz*, deputy assistant state's attorney, with whom, on the brief, were *Donald A. Browne*, state's attorney, and *Brian Kennedy*, assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.